# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re: LARRY C. OSBORNE  Case Number: 08-70248
7384 COUNTRYSHIRE LANE  SSN-xxx-xx-5750
ROCKFORD, IL  61107

Case filed on: 1/30/2008
Plan Confirmed on:

X Converted   Unconfirmed

Total funds received and disbursed pursuant to the plan: $830.28   Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 000 | A LAW OFFICE OF CROSBY & ASSOCIATES, P.C | 0.00 | 0.00 | 0.00 | 0.00 |
| | Total Legal | 0.00 | 0.00 | 0.00 | 0.00 |
| 031 | RECOVERY MANAGMENT SYSTEMS CORP. | 0.00 | 0.00 | 0.00 | 0.00 |
| | Total Legal | 0.00 | 0.00 | 0.00 | 0.00 |
| 003 | ILLINOIS DEPARTMENT OF REVENUE | 1,040.76 | 1,040.76 | 0.00 | 0.00 |
| 004 | INTERNAL REVENUE SERVICE | 8,867.41 | 8,867.41 | 0.00 | 0.00 |
| | Total Priority | 9,908.17 | 9,908.17 | 0.00 | 0.00 |
| 999 | LARRY C. OSBORNE | 0.00 | 0.00 | 830.28 | 0.00 |
| | Total Debtor Refund | 0.00 | 0.00 | 830.28 | 0.00 |
| 002 | PHH MORTGAGE CORP SERVICE CENTER | 21,174.16 | 21,174.16 | 0.00 | 0.00 |
| 030 | PHH MORTGAGE CORP SERVICE CENTER | 0.00 | 0.00 | 0.00 | 0.00 |
| | Total Secured | 21,174.16 | 21,174.16 | 0.00 | 0.00 |
| 001 | SANTANDER CONSUMER USA | 9,974.11 | 9,974.11 | 0.00 | 0.00 |
| 003 | ILLINOIS DEPARTMENT OF REVENUE | 127.32 | 127.32 | 0.00 | 0.00 |
| 004 | INTERNAL REVENUE SERVICE | 42.98 | 42.98 | 0.00 | 0.00 |
| 005 | COMED CO | 824.80 | 824.80 | 0.00 | 0.00 |
| 006 | CREDITORS PROTECTION SERVICE, INC | 227.00 | 227.00 | 0.00 | 0.00 |
| 007 | FIRST REVENUE ASSURANCE | 0.00 | 640.00 | 0.00 | 0.00 |
| 008 | FMS INC | 0.00 | 14,183.91 | 0.00 | 0.00 |
| 009 | MUTUAL MANAGEMENT | 0.00 | 10,534.00 | 0.00 | 0.00 |
| 010 | MUTUAL MANAGEMENT | 0.00 | 2,781.00 | 0.00 | 0.00 |
| 011 | MUTUAL MANAGEMENT | 0.00 | 875.00 | 0.00 | 0.00 |
| 012 | MUTUAL MANAGEMENT | 0.00 | 789.00 | 0.00 | 0.00 |
| 013 | MUTUAL MANAGEMENT | 0.00 | 756.00 | 0.00 | 0.00 |
| 014 | MUTUAL MANAGEMENT | 0.00 | 678.00 | 0.00 | 0.00 |
| 015 | MUTUAL MANAGEMENT | 0.00 | 311.00 | 0.00 | 0.00 |
| 016 | MUTUAL MANAGEMENT | 0.00 | 264.00 | 0.00 | 0.00 |
| 017 | MUTUAL MANAGEMENT | 0.00 | 213.00 | 0.00 | 0.00 |
| 018 | MUTUAL MANAGEMENT | 0.00 | 76.00 | 0.00 | 0.00 |
| 019 | MUTUAL MANAGEMENT | 0.00 | 71.00 | 0.00 | 0.00 |
| 020 | MUTUAL MANAGEMENT | 0.00 | 71.00 | 0.00 | 0.00 |
| 021 | MUTUAL MGMT | 0.00 | 5,608.00 | 0.00 | 0.00 |
| 022 | MUTUAL MGMT | 0.00 | 80.00 | 0.00 | 0.00 |
| 023 | NICOR GAS | 0.00 | 626.11 | 0.00 | 0.00 |
| 024 | SPRINT NEXTEL - DISTRIBUTION | 640.43 | 640.43 | 0.00 | 0.00 |
| 025 | STATE COLLECTION SERVICE | 0.00 | 0.00 | 0.00 | 0.00 |
| 026 | US BANK/RETAIL PAYMENT SOLUTIONS | 2,479.64 | 2,479.64 | 0.00 | 0.00 |
| 027 | ASSET ACCEPTANCE CORP | 1,458.13 | 1,458.13 | 0.00 | 0.00 |
| 028 | ASSET ACCEPTANCE CORP | 2,539.37 | 2,539.37 | 0.00 | 0.00 |
| 029 | JEFFERSON CAPITAL SYSTEMS, LLC | 7,305.53 | 7,305.53 | 0.00 | 0.00 |
| 032 | PORTFOLIO RECOVERY ASSOCIATES | 699.62 | 699.62 | 0.00 | 0.00 |
| 033 | PORTFOLIO RECOVERY ASSOCIATES | 1,426.66 | 1,426.66 | 0.00 | 0.00 |
| 034 | PORTFOLIO RECOVERY ASSOCIATES | 200.00 | 200.00 | 0.00 | 0.00 |
| | Total Unsecured | 27,945.59 | 66,502.61 | 0.00 | 0.00 |
| | Grand Total: | 59,027.92 | 97,584.94 | 830.28 | 0.00 |

Total Paid Claimant:        $830.28
Trustee Allowance:          $0.00
Percent Paid Unsecured:     0.00

Wherefore, your petitioner prays that a final Decree be entered discharging the trustee and the trustee's surety from any and all liablility on account of the within proceedings, and closing the estate, and for such other relief as is just.  Pursuant to FRBP, I hereby certify that the subject case has been fully administered.

Report Dated:

_/s/ Lydia S. Meyer_

# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Lydia S. Meyer, Trustee

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on 07/30/2008          By  /s/Heather M. Fagan